IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN C. LINARES-ACEVEDO, et al.,

    Plaintiffs,

    v.

DONALD ACEVEDO, et al.,

    Defendants.

CIVIL NO. 12-1906 (BJM)

## FINAL JUDGMENT

Judgment is hereby entered in favor of plaintiffs, and against defendants Richport Development, LLC and Donald Acevedo, jointly and severally, in the total amount of $600,000 ($100,000 in actual damages and $500,000 in punitive damages).

Defendants' counterclaims against plaintiffs are dismissed with prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of April, 2014.

                        *s/Bruce J. McGiverin*
                        BRUCE J. McGIVERIN
                        United States Magistrate Judge